

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| MAX GROSSMAN, | § | No. 08-19-00272-CV |
| Appellant, | § | Appeal from the |
| v. | § | 384th District Court |
| CITY OF EL PASO, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2017-DCV2528) |
| | § | |

## **ORDER ON RECUSAL**

The City of El Paso moved to recuse each justice on this Court.

Recusal of appellate justices is controlled by Rule 16 of the Texas Rules of Appellate Procedure.

Under Rule 16.3, after the Court received the motions and prior to any further proceeding in this case, each of the three justices considered each motion in chambers.

Chief Justice Jeff Alley, Justice Yvonne Rodriguez, and Justice Gina Palafox each found no reason to individually recuse themselves, and they certified the issue to the entire court. TEX.R.APP.P. 16.3(b). The Court then decided the motion with respect to each challenged justice by a vote of the remaining justices sitting en banc, excluding the challenged justice under consideration. *Id*.

In each instance, a majority of the remaining justices of this Court found no reason to recuse the individual justice under consideration. TEX.R.APP.P. 16.2, 16.3(b); TEX.R.CIV.P. 18b(2).

The motion to recuse is denied with respect to each justice on this Court.

IT IS SO ORDERED this 24th day of October, 2019.

PER CURIAM

Before Alley, C.J., Rodriguez, and Palafox, JJ.